

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Kiryl Imbra; Katsiaryna Imbra

**Civil Action No.**  26-cv-02005-LL-MMP

**Plaintiff,**

V.

See Attachment

## JUDGMENT IN A CIVIL CASE

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS IN PART Petitioner's Petition under 28 U.S.C. § 2241 for an individualized bond hearing before an immigration judge. This case is hereby closed.

**Date:**  _____4/17/26_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  B. Chandler _____

B. Chandler, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

## (ATTACHMENT)

**Civil Action No.** 26-cv-02005-LL-MMP

Respondents:

Christopher LaRose,
warden of Otay Mesa Detention Center;

Daniel A. Brightman,
San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO);

Todd Lyons,
Acting Director of Immigration Customs Enforcement (ICE);

Kristi Noem,
Secretary of the Department of Homeland Security (DHS);

Pamela Bondi,
Attorney General of the United States;

U.S. Department of Homeland Security;

U.S. Immigration and Customs Enforcement